CHARLES E. OLSON, Respondent, *v.* METAL PACKAGE CORPORATION OF NEW YORK, Appellant.

*Negligence — injury to motorman of a trolley car through collision with motor truck.*

Olson v. Metal Package Corporation of New York, 211 App. Div. 848, affirmed.

(Argued May 14, 1925; decided June 9, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 13, 1925, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff, a motorman on a trolley car, received the injuries complained of as the result of a collision between his car and a motor truck belonging to defendant. The trolley car was proceeding easterly on Tremont avenue, borough of The Bronx and had come to a stop at Mapes avenue. The defendant's truck was also eastbound and while the trolley car was at or immediately near Mapes avenue, passed on the left and then endeavored to turn to the southeast to get upon the track ahead of the trolley car, and crashed into the left side of the front vestibule.

*Charles H. Tuttle* and *William B. Roulstone* for appellant.

*Thomas J. O'Neill* and *Leonard F. Fish* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

CHARLES H. TUTTLE, Respondent, *v.* HOME INSURANCE COMPANY, Appellant.

*Insurance — action to recover upon policy of fire insurance covering furniture in dwelling house and additions — furniture in separate building physically connected with dwelling covered.*

Tuttle v. Home Ins. Co., 213 App. Div. 816, affirmed.

(Argued May 15, 1925; decided June 9, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered March 31, 1925, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was to recover upon a policy of fire insurance insuring furniture of the assured " while contained in the said dwelling house and additions." The furniture destroyed was contained in a building separate from the dwelling house though physically connected therewith.

*Frank Sowers* for appellant.

*Charles H. Tuttle* and *Martin A. Schenck* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

W. H. DILL COMPANY, INC., Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

*Negligence — railroads — crossing accident — motor truck struck by locomotive at street crossing.*

*Dill Co., Inc.,* v. *N. Y. Central R. R. Co.,* 207 App. Div. 837, affirmed.

(Submitted May 15, 1925; decided June 9, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 10, 1923, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover damages to an automobile truck which was struck by a locomotive of the defendant company in the city of Buffalo, at the point where Bird avenue crosses the railroad tracks of the defendant. It appeared that at a point approximately 130 feet from the crossing the track curves so as to shut off the view of an approaching train. There was evidence that the driver of the truck looked both ways when he was about 14 feet from the track; that he was driving about five miles an hour; that no crossing signal was sounded and that there was no flagman at the crossing though a city ordinance required that one should be kept there.

*J. E. Kelly* for appellant.

*Julius A. Schreiber* and *Hamilton Ward* for respondent.